582

UNITED STATES of America,
Plaintiff—Appellee,

v.

Calvin Merle MUNCY, Jr., Defendant—
Appellant.

No. 05–6233.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 23, 2005.

Decided: June 29, 2005.

Calvin Merle Muncy, Jr., Appellant pro se. Christine Witcover Dean, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Calvin Merle Muncy, Jr., appeals the district court's order denying his motion to modify the fine imposed as part of his criminal sentence. Because only the government has the authority under 18 U.S.C. § 3573 (2000) to petition for modification or remission of a fine, and because the time for appealing from the sentence pursuant to 18 U.S.C.A. § 3742 (West 2000 & Supp.2005) has expired, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*